DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
KASTER TEZINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-10-344 WBS |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO CORRECT SENTENCE |
| v. ) | |
| ) | |
| KASTER TEZINO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Mr. Kaster Tezino, through undersigned counsel and pursuant to FRCP 35(a), respectfully requests that this Court "correct" his Judgment and Commitment Order.

     The Court sentenced Mr. Tezino upon revocation of his supervised release on December 12, 2011. At sentencing, undersigned counsel neglected to ask the Court to recommend that Mr. Tezino be housed in a facility in California so long as security classification and space availability could accommodate such a recommendation.

     Counsel herein requests that the Court add to the Judgement and Commitment Order a recommendation that Mr. Tezino be housed in California.  Such a placement will allow Mr. Tezino family contact so that he can better plan for his stability upon release.  Assistant United States Attorney Matt Morris has no objection to this request.

     A proposed order is attached and lodged separately for the court's convenience.

1 | DATED: December 16, 2011

3 | Respectfully submitted,

4 | DANIEL BRODERICK
Federal Defender

7 | /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
8 | Attorney for Kaster Tezino

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>KASTER TEZINO<br><br>              Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CR-10-344 WBS<br><br>ORDER CORRECTING JUDGMENT AND COMMITMENT ORDER |

For the reasons set forth in the Defendant's Motion to Correct Sentence, and that there is no objection thereto by the government, IT IS HEREBY ORDERED that the Judgment and Commitment Order in this case recommend a placement in California so long as security classification and space availability can accommodate such a recommendation.

Dated:   December 16, 2011

_____

WILLIAM B. SHUBB

UNITED STATES DISTRICT JUDGE